UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

SCOTT WILL, et al.,                     )
                                        )
        Plaintiffs,                     )
                                        )
    vs.                                 )        Case No. 4:07CV1819 CDP
                                        )
METLIFE INS. CO. OF CONN.,              )
et al.,                                 )
                                        )
        Defendants.                     )

## MEMORANDUM AND ORDER OF REMAND

This matter is before me on plaintiffs' motion to dismiss defendant

Metropolitan Life Insurance Company and to amend the complaint and add an

additional non-diverse defendant. This case was originally removed from state

court by Metropolitan Life on the basis of federal question jurisdiction.

Specifically, Metropolitan Life claimed that plaintiffs' claims against it were

governed by ERISA. Plaintiffs now seek leave to dismiss their claims against

Metropolitan Life. If I grant their motion, there is no basis for federal jurisdiction

over this case. Plaintiffs' proposed amended complaint contains no federal claims.

Instead, it asserts only state law claims for rescission and conversion against

Missouri residents. Plaintiffs are also Missouri residents, so diversity of

citizenship does not exist. Under these circumstances, I will exercise my

discretion and grant plaintiffs' motion for leave to dismiss their claims against

Metropolitan Life and their motion to amend the complaint and for joinder. I will

then remand this action back to state court for lack of subject-matter jurisdiction.

See 28 U.S.C. § 1447(c)-(e).

Accordingly,

**IT IS HEREBY ORDERED** that plaintiffs' motion to dismiss

Metropolitan Life Insurance Company [#12] is granted, and plaintiffs' claims

against Metropolitan Life Insurance Company are dismissed without prejudice.

**IT IS FURTHER ORDERED** that plaintiffs' motions to amend and for

joinder [#13] are granted, and the amended complaint is deemed filed today.

**IT IS FURTHER ORDERED** that this action is remanded to the Circuit

Court for St. Charles County, Missouri.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 17th day of March, 2008.